UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAVERANUES COLES,

    Plaintiff,

v.                                                  Case No: 3:14-cv-142-J-39JRK

BERT BELL/PETE ROZELLE NFL
PLAYER RETIREMENT PLAN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 18) recommending Defendant's Motion to Dismiss (Doc. 5) be granted, Plaintiff's Complaint (Doc. 1) be dismissed without prejudice, and Plaintiff be provided an opportunity to file an amended complaint. Plaintiff has been furnished with a copy of the Report and Recommendation and has been afforded an opportunity to file objections. However, to date, no objections have been filed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district judge is not required to conduct a *de novo* review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district judge must review legal conclusions *de novo,* even in the absence of an objection. See Cooper–Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon independent review of the file and for the reasons stated in the Report and Recommendation, the Court will accept and adopt the factual and legal conclusions recommended by the Magistrate Judge. Accordingly, it is

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** as the Opinion of this Court.

2. Defendant's Motion to Dismiss (Doc. 5) is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**. Plaintiff shall file an amended complaint, correcting the deficiencies noted in the Report and Recommendation (Doc. 18), no later than **Tuesday, July 29, 2014**.

**DONE** and **ORDERED** in Jacksonville, Florida this 14th day of July, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record